Tanja L. Darrow, Bar No. 175502
tdarrow@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.:     213.443.4299

Attorneys for Defendant
GARY D. NELSON ASSOCIATES, INC.

(*See additional counsel on following page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-

OAKLAND DIVISION

| | |
|---|---|
| JERRICK MOORE, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARY D. NELSON ASSOCIATES, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:20-CV-9150-HSG<br><br>**[Assigned for All Purposes to the Honorable Haywood S. Gilliam, Jr.]**<br><br>**JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>Complaint Filed: October 19, 2020 |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4:20-CV-9150-HSG

ALECIA W. WINFIELD, Bar No. 209661
awinfield@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

LEAH E. PETERSON, Bar No. 313302
lpetereson@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612
Telephone: 949.705.3000

Attorneys for Defendant
GARY D. NELSON ASSOCIATES, INC.

SHAUN SETAREH, Bar No. 204514
shaun@setarehlaw.com
DAVID KELEDJIAN, Bar No. 309135
David@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Blvd, Suite 430
Beverly Hills, CA 90212
Telephone: 310.888.7771

Attorneys for Plaintiff
JERRICK MOORE

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2

4:20-CV-9150-HSG

Plaintiff JERRICK MORE ("Plaintiff") and Defendant GARY D. NELSON ASSOCIATES, INC. ("Defendant") (collectively, the "Parties") through their undersigned counsel stipulate as follows:

1. On November 13, 2020, Plaintiff commenced an action in Superior Court of the State of California, County of Alameda, entitled *Jerrick Moore v. Gary D. Nelson Associates, Inc.* Case Number RG20078452 (the "Action").

2. On December 17, 2020, Defendant filed a notice of removal of the Action pursuant to 28 U.S.C. §§ 1441(A) and 1446 with the United States District Court for the Northern District of California.

3. On December 21, 2020, the matter was assigned to Judge Hayward S. Gilliam, Jr. in the Northern District of California.

4. On March 19, 2021, Plaintiff filed a Notice of Remand to State Court, citing lack of Article III standing.

5. After meeting and conferring, the Parties agreed to stipulate that the Action should be remanded to Alameda County Superior Court.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

//
//
//
//
//
//
//
//
//

*(signatures on the following page)*

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4:20-CV-9150-HSG

1  **IT IS SO STIPULATED.**

2  Dated:       April __1_, 2021

3                                                                LITTLER MENDELSON P.C.

5                                                                */s/ Leah E. Peterson*
                                                                 Tanja L. Darrow
6                                                                Alecia W. Winfield
                                                                 Leah E. Peterson

7                                                                Attorneys for Defendant
8                                                                GARY D. NELSON ASSOCIATES, INC.

9  Dated:       April ___1, 2021

10                                                               SETAREH LAW GROUP

12                                                               */s/ Shaun Setareh*
                                                                 Shaun Setareh
13                                                               David Keledjian

14                                                               Attorneys for Plaintiff
                                                                 JERRICK MOORE

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4                                                                4:20-CV-9150-HSG

# ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Joint Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that the Action be remanded to Alameda Superior State Court and the clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: 4/2/2021

_____
HON. HAYWOOD S. GILLIAM, JR.

4827-0513-6098.2 / 014358-1129

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

5

4:20-CV-9150-HSG